NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PETER C. NWOGU, DOING BUSINESS AS, ENVIRONMENTAL SAFETY CONSULTANTS, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5015

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-268, Judge Marian Blank Horn.

---

## ON MOTION

---

## O R D E R

Upon consideration of the appellant's motion for leave to file an amended opening brief dated June 20, 2011,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__AUG 2 9 2011__                    /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk

cc:  Yaw Akuoko, Esq.
     David F. D'Alessandris, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 9 2011

JAN HORBALY
CLERK